RECEIVED

APR 1 4 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

Rodney Gene Nystrom

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Richard Meyers

Jodi Jones

Jill Russ

Sandra Nienaber

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: **08 C 50 0 63**
_____
(To be supplied by the Clerk of this Court)

Kapala

**CHECK ONE ONLY:**

___✓___　　**COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
　　　　　**U.S. Code** (state, county, or municipal defendants)

_____　　**COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
　　　　　**28 SECTION 1331 U.S. Code** (federal defendants)

_____　　**OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**    **Plaintiff(s):**

    A.    Name: _Rodney G. Nystrom_

    B.    Date of Birth: _12-29-67_

    C.    List all aliases: _None_

    D.    Prisoner identification number: _B-61239_

    E.    Place of present confinement: _Winnebago County Jail_

    F.    Address: _650 West State Street Rockford Illinois_

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

**II.**    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Richard Meyers_

        Title: _Sheriff_

        Place of Employment: _Winnebago County Jail_

    B.    Defendant: _Sandra Nienaber_

        Title: _Nurse Practitioner_

        Place of Employment: _Winnebago County Jail_

    C.    Defendant: _Jill Russ_

        Title: _Nurse_

        Place of Employment: _Winnebago County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

Defendant: Jodi Jones

Title: Nurse

Place of Employment: Winnebago County Jail

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____

           _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

           _____

           _____

           _____

    D.    List all defendants: _____

           _____

           _____

           _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

           _____

    G.    Basic claim made:_____

           _____

           _____

    H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?): _____

           _____

           _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 5/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count (I) [Violation] <sup>Deprivation</sup> of Due Process   U.S. 14th Amendment

Issue: Malpractice / Inadequate Medical Care.

Supporting facts: On 2/18/08 at approximately 9:30 to 10:30 AM at the Winnebago County Jail while undergoing an examination by nurse practitioner Sandra regarding chest pains I was encountering. Before the aforementioned examination was over, I informed nurse practitioner Sandra that my left foot was in pain and irritated and directed her to my left toe where the redness an pain was concentrated the most. Nurse Sandra stated in her professional opinion, that the redness, pain and irritation was probably from the sandles I was wearing. I was sent back to my pod without an examination of my foot. Later on in the day, the increased swelling of my left toe and foot caused such an excruciating pain that I pushed the second shift nurse (Jodi   ) during med pass and demanded medical attention. Nurse Jodi responded to my demand by saying "I'll refer your complaint to Nurse practitioner Sandra, but at this time I have nothing to give you". On 2/19/08, nurse Jill conducted morning med pass

4

I showed her my severely swollen foot & toe and demanded medical attention and pain pills. Nurse Jill responded with "I'll sign you up to see nurse Sandra, but I cant give you anything [until] you see her first". Later in the afternoon I was called to the nurses station for a matter unrelated to the issue at hand. While at the nurses station I showed nurse (Wendy) my left foot and demanded medical attention & pain pills. Nurse Wendy told me that she couldn't give me any pain pills but would sign me up to see nurse practitioner Sandra. Later on that day, I renewed my complaint to nurse (Rose) who also denied me pain pills and stated she'd sign me up to see nurse Sandra. I filed a grievance and turned it in the same day. On 2/21/08 I was called to medical and seen by nurse Sandra who gave me two (2) shots in my arms and two antibiotic pills and one pain pill. Nurse Sandra opined that I probably was infected with (STaF Mercer). My left foot was [rap] in an ace wrap.

                                                Continued on typed pages

Revised 5/2007

On 2-22-08, I got called down to medical after morning med pass. I was seen by nure Susie and a male doctor, whom name, to this point, is unknown. When he looked at my left foot/toe, he asked me how long has it been in this condition, and I responded, "since 2-18-08." He immediately said that I was being transfered over to Swedish American Hospital. Before leaving to the Hospital, I was put in a holding cell. I didn't get any pain medication. I was in the holding cell for a duration of 1 hour and 40 minutes. At 1:27 pm, Officer Allen and Ottman checked in at the Hospital. I was seen by a nurse (Mary) and doctor. While they drew blood for analysis, I was administered an IV in my right arm for aproximately 1 hour and 15 minutes containing antibiotics. I also submitted a cotton swap test taken form my infected area of my left foot/toe and an unrinalysis. I was then released and returned back into the custody of the Winnebago County Jail at 6:25pm. Upon returning, I was relocated to an one man cell from my original double cell. That is where I "supposingly" caught this infection. I saw nurse Jodi at evening med pass out. She asked me how did I feel and I told her I was in a lot of pain. She gave me pain medication and (3) Ibuprofen (200mg) for later. She also asked what did they do at the hospital and I told her. She said it should have never took that long to see me and it should have never gotten that worse. A nurse at the hospital siad the same thing. I feel the doctor should have never released me.

On 2-23-08, I saw Nurse Jill at morning med pass out. I asked and stood in line to see if I had any antibiotics for me. She said she knew nothing about it. But nurse Jill failed to look at my medical chart. I shouldn't have to tell her how to do her job. She gave me (1) antibiotic pill. I was then seen again at about 1:30. I was escorted down to the medical department where I recieved (2) shot in my upper arm area and a new dressing was applied to my foot. At evening med pass out, Nurse Jodi gave me med and I showed her my foot, which had exploded with puss, and ask if she could change it but she said Jill and Nurse practitioner Sandra had a request not to change so she didn't. I then wrote a grievance about a new dressing.

On 2-24-08, I saw Jill (nurse) at morning med pass. I got my medication and told her about what happen the night before and what was said from nurse Jodi. I explain that I was not to be given a new dressing because the one that was applied was full of puss and the request that was put in by her and nurse practitioner Sandra. Jill (nurse) stated that she never said that or filed any paperwork stating that. She said she would get me in and get some new dressings. Also, an inmate file a grievance to medical describing me and my contagious infection being in general population. Around 10:00 am, I was called to medical. *Dr. Sandra came in on her day off.* She then squeezed my foot and got a pair of scissors & tweezers and began taking out the core (inner stuffing). It was overwhelming how nasty it was.Officer Depherd was a witness to this procedure. Then she cleaned it and inserted string-like material into the wounded area, applied ointment, and wrapped it. I recieved (2) more shots and was returned to my pod.

The night nurse came and passed out medication. I recieved no pain medication, but I did recieve ibuprofen (3). The nurse did not change my dressings on my foot.

On 02-25-08, Nurse Jill came to pass out morning medication. I did not recieve no pain medication or ibuprofen. She said I would see Nurse practitioner Sandra when she gets in. I asked correctional officer Liberstien if he could call down to the medical department. He said it wouldn't do any good if he was to call. This correctional officer has done this before. At that time I asked and filed a grievance form. At 8:45 am, I got called down to medical. I was seen by nurse practitioner Sandra, Nurse Susie, and Nurse Wendy. At that time, I showed all three of them my left foot/toe and asked why I wasn't being administered pain medication. Nurse practitioner Sandra said, " nurse Jill gave you pain medication." I said, "No, I haven't recieved any this morning." *Nurse practitioner Sandra said that Nurse Jill was suppose to bring me pain medication a hour ago.* At that time, Nurse practitioner Sandra left the room to go look for nurse Jill. She returned about ten minutes later, with pain medication. Then Nurse practitioner Sandra got tweezers and scissors, and removed more of the core that was in the wound of my left foot/toe. Then nurse Susie steralized my wound and applied dressings to it. Then nurse Wendy gave me (1) shot in my right upper arm, which she was suppose to administer (2), one in each arm. At evening med pass, Nurse Jodi gave me pain medication and, *once again, I asked her if she could change my dressing because of the draining and puss of my wounds. She told me that the morning nurse would take care of it.* On 02-26-08, Nurse Stephanie passed out morning medication. At that time I recieved no pain medication, and there was no order for any in the medical log. Nurse Stephanie came back around 9:15 with pain medication and also change the dressing on my foot/toe in the housing unit 3-C, instead of the medical department. At evening med pass Nurse Jodi passed out medication. I recieved pain medication and Ibuprofen.

On 02-27-08, Nurse Jill passed out morning medication around 8:15 am. I asked her if I were going to get called down to medical to get new dressing for my foot/toe. She stated that *there was no clinic today,* but she would be back to change it. Around 10:20, nurse Jill returned to the housing unit, 3-C, change the dressing, but didn't do it to the best of her ability. She was complaining about all she had to do, there wasn't enough help, etc. She didn't put an ace wrap over the guaze, for protection when she was finished, but she did throw the old ace bandage away before she started because of its previous (3) days uses and drainage from the wound. Nurse Jill *said she would be back with a new ace bandage, but never returned.* Nurse Jodi came and passed out evening medication. Nurse Jodi asked

me if I had any draining of any sort from my foot/toe. I told her yes and show her and correctional officer Weber. She said she would come back to change it. At 10:15 pm, no Nurse Jodi, so I had correctional officer Weber to call down to the medical department. Nurse Jodi answered the phone. Correctional officer Weber, at that time, asked Nurse Jodi if she was going to come and change my dressing and that I had court the next morning and needed it done, as well as it was draining and pussing. Nurse Jodi said to correctional officer Weber that the morning nurse would change it and that she didn't have time. At that time, I asked correctional officer Weber for a grievance and request slip. I filed a grievance on Nurse Jodi and filled out a request to Nurse practitioner Sandra about this matter. On 02-28-08, Nurse Barbra pass out morning medication. I was still not recieving no pain medication or Ibuprofen. She said would look into it. At around 8:00 am, I got called down to medical and Nurse Wendy changed my dressing and Nurse Practitioner Sandra was also there to check the status of the wound on my left foot/toe. At that time I talked to nurse practitioner Sandra and asked her if she got my request that I sent her about nurse Jodi not doing what she should be doing for my foot/toe. She said yes and she would pass the request on to her boss. At evening med pass I recieved no pain medication or Ibuprofen. So once again they stop my medication order. And the hole in my foot/toe is still, presently, the size of a nickel.

On 02-29-08, Nurse Jill came and passed out morning medication, but still no pain medication or Ibuprofen. I showed her my dressing on my foot and how it was loose, due to the support tape that fell off. She said she would get me down to medical to get it taken care of. At 1:30 pm, Nurse Jill came back to housing unit 3-C and changed my dressing and applied an ace bandage. Nurse Jodi passed out evening medication arouond 8:45. I asked for (2) tylenol, since I wasn't getting any pain medication or Ibuprofen. She told me to put in a sick call slip if I'm feeling pain, which they give out (2) Tylenol if you ask. I never recieved any. I believed it was due to the fact that the previous grievance stated that she wasn't doing her job.

On 03-01-08, Nurse Stephanie came and passed out morning medication. I'm still not recieving any pain medication or Ibuprofen. I gave nurse Stephanie a request slip asking for pain medication or Ibuprofen. At 11:00 am, Nurse Stephanie came back to housing unit 3-C and changed my dressing on my foot. There is still a nickel- sized hole on my foot/toe. Nurse Jodi came to pass out night medication. She still acts like she has an attitude with me. I asked for (2) Tylenol and she denied me again and told me to put in for sick call.

On 03-02-08, at morning medication, around 10:00 am, still no pain medication or Ibuprofen. I told her that I

was in a lot of pain. She also told me that there was only two nurses on staff and she didn't have time to check to see if I was to recieve pain medication or Ibuprofen. At that time I asked her was she going to come change my dressing because of the draining and puss. She said that she don't know if she'll get back to change it or not and that maybe another nurse will. At around 12:30pm, Nurse Barbra came and changed my dressing but used the same ace bandage that was previously used to go over the gauze. At evening med pass I was still yet to recieve any medication to alieviate my pain.

On 03-03-08, Nurse Jill brought morning medication. Still recieving no pain medication or Ibuprofen. Nurse Jill came back about 1:00pm. She asked me to remove the ace bandage. I did without any protective gloves. She semi- clean my wound and applied some ointment to a bandaid. She said that was all that it needs, but she left dead skin hanging from my foot/toes. To me, she acted as if she's tired of dealing with it by her attitude.

On 03-04-08, Nurse Jill came to pass out morning medication. I was taken off of antibiotics. Nurse Jill came back around 1:00pm. She removed the bandaid and reapplied a new one. Once again she failed to remove any dead skin from my wound. I asked nurse Jill if nurse practitioner Sandra was going to be seeing me. She said probably not. Nurse Rose and the new nurse came to pass out evening medication. I still recieved no pain medication or Ibuprofen.

On 03-05-08, Nurse Jill came at 6:45am and passed out medication. At this time I recieved (3) Ibuprofen (200mg) in a plastic cup and (3) more Ibuprofen in a packet for in-between med passout. Nurse Rose came and passed out evening medication. I again recieved Ibuprofen and I showed nurse Rose my foot/toe. She told me she would be back. At 9:30pm, nurse rose returned, cleaned my foot/toe, applied ointment to a bandaid, and applied to the wound/hole in my foot/toe.

On 03-06-08, Nurse Jill passed out morning medication. I recieved (6) Ibuprofen (200mg) again. I was called down to medical and seen nurse practitioner Sandra and Nurse Wendy. They both looked at my foot/toe. Nusre practitioner Sandra stated to nurse Wendy that she needed scissors and tweezers. Nurse Wendy returned and then nurse practitioner Sandra began cutting away dead skin from my left foot/toe. Then she cleaned the hole/wound, applied a&d ointment over it and my foot/toe, put a bandaid over it, and told me to remove the bandaid at night so my wound could air dry. I told her that nurse Jill left all the dead skin a couple days ago

and didn't cut it off. Nurse practitioner Sandra said that they aren't allowed to. At evening med passout, nurse Stephanie passed out medication. I again recieved (6) Ibuprofen (200mg). Nurse Stephanie said that it was about time that they started meds for me. She stated she put me in the log twice.

On 03-07-08, Nurse Susie passed out morning medication. I'm still recieving (6) Ibuprofen (200mg). Nurse Susie returned around 9:30am and changed my bandage. Nurse Stephanie came at evening med pass. I'm still recieving (6) Ibuprofen (200mg).

On 03-08-08, Nurse Jill came and passed out morning medication. I'm still recieving (6) Ibuprofen (200mg). Nurse Jill gave me a bandaid to cover the hole/wound on my left foot/toe. She didn't care to clean it or anything. Nurse Stephanie passed out evening medication. I'm still recieving (6) Ibuprofen (200mg). I told nurse Stephanie about what happened with nurse Jill and she couldn't believe it.

On 03-09-08, Nurse Jill came around to pass out morning medication. I'm still recieving (6) Ibuprofen (200mg). Nurse Jill came back around 9:45am *to change another inmate's dressing*. She didn't care to check on the status of my wound/hole. At evening medication, I'm still recieving (6) Ibuprofen (200mg).

On 03-10-08, Nurse Barbra passed out morning medication. I'm still recieving (6) Ibuprofen (200mg). Nurse Barbra said she would be back to look at my foot/toe and to change whatever needed to be done. At 9:00am nurse Barbra returned. She cleaned my wound/hole, put a&d ointment on it and applied a bandaid over it. Then I told her about nurse Jill not doing this for two days in a row. She said to write it down so she can give it to her boss. I told her I was writing a grievance and turning it in today.

On 03-11-08, Nurse Jill came to pass out morning medication. I did not recieve any ibuprofen. I asked nurse Jill to look in the medical log and see why I'm not recieving any. At evening medication passout the nurse gave me Ibuprofen. I told the nurse that I didn't recieve any this morning and ask if she could look into the medical log. She said I recieved them but I told her that I didn't. She said someone had signed off on it. So some nurse signed off for something I didn't recieve.

Count II  Deprivation of Due Process, U.S 14th Amendment
Defendant: Sheriff Richard Meyers
Issue: Failure to train, Failure to set up proper screening
procedure for nurse/nurse practitioner applicants.

## Statement of facts

Plaintiff asserts that due to Sheriff Richard Meyers Failure
to properly and adequately screen and train the Winnebago
County Jail Medical personnel, such deliberate Indifference
on behalf of the Sheriff resulted in a deprivation of Plaintiffs
due process rights under the U.S Fourteenth Amendment.
Sheriff Richard Meyers should know or should have known that
a thorough screening and training of nurses/nurse practitioners
are mandated and required by law. To not enforce a
screening and training program or process evidences a
condoning of such reckless practices. Defendants, Nurse
Practitioner Sandra Nieraber, Nurse Jody Jones and nurse
Jill Russ failure and deliberate Indifference to respond to Plaintiffs
serious medical condition at the onset of his complaint
exhibits inadequate training that caused plaintiff to suffer.

Injuries Plaintiff Sustained: That as a proximate result
of the failure to screen and train the medical personnel
and the aforementioned Defendants employed at the Winnebago
County Jail, the plaintiff has received and suffered
continuous physical pain, Mental stress, diminished Capacity
to enjoy life, embarrassment, humiliation, and anxiety.
And will continue to do so in the future

Injury: 1) Pain  2) Suffering for unreasonable amount of
time  3) Emotional distress.  4) Embarrassment,
5) Humiliation,  6) Anxiety  7) loss of Comfort
 All the above were experienced in the past ; present and
will experience in the future

1. Sheriff Richard Meyers is being Sued in his Official
Capacity.

2. Nurse practitioner Sandra Nienaber is being Sued in
her Official and Individual Capacity.

3. Nurse Jodi Jones is being Sued in her official
and Individual Capacity.

4 Nurse Jill Russ is being Sued in her official and
Individual Capacity.

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1) Grant Punitive damages in favor of plaintiff in the amount the Court deems reasonable. 2) Grant Compensatory damages in favor of plaintiff in the amount the Court deems reasonable. 3) Impose an injunction against the Winnebago County Jail Sheriff and medical Staff.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1st__ day of __April__, 20 __08__

_Rodney Gene Nystrom_
(Signature of plaintiff or plaintiffs)

Rodney Nystrom
(Print name)

# 67764
(I.D. Number)

Winnebago County Jail

650 W. State Street

Rockford, Illinois, zip 61101
(Address)

6

Revised 5/2007

**LETTER TO SHERIFF RICHARD MEYERS**

**RE: Intent to Sue**

**[Winnebago County Jail]**
**650 West State Street, Rockford, Illinois, 61101**

**RE: Notice of Claim Pursuant to [735 ILCS 5/2-203]**

**Dear [Sheriff Richard Meyers]**

The following notice of claim and injury is given pursuant to
the requirements of [735 ILCS 5/2-203]. Pursuant to this
statute, the following information

1. The claimant's name and address are: Rodney Nystrom G.

[650 West State Street, Rockford, Illinois, 61101]

2. Claimant represents himself ProSe in this pleading.

[ProSe]

3. The chronology of events began on [2/18/08] at approximately
[9:30 to 10:30 am] and expanded to [3/20/08] while incarcerated
at the [Winnebago County Jail]. The basis of plaintiff's claim
are( failure to train) on behalf of Sheriff Richard Meyers,
deliberate indifference, malpractice, and inadequate medical
care / treatment by members of the Winnebago County Jail
medical staff. Particular defendant's are (Sheriff Richard
Meyers, nurse practitioner Sandra Nienaber, nurse Jill Russ,
and nurse Jodi Jones). Briefly stated, I contracted an
infection in my left foot which was later found to be (Staph /
Mercer), a communicable [disease]. This particular infection
caused my left foot and middle toe to swell. Along with the
swelling I suffered excruciating pain. I informed the defendant
nurses about the condition of my foot on each med pass. The
aforementioned nurses repeatedly responded to my complaints
with " I'll sign you up to be examined by nurse practitioner
Sandra. Because of the aforementioned nurses deliberate
indifference to my urgent medical needs, I suffered extreme
pain, mental stress, mental anguish, embarrassment, and
emotional discomfort, ect. I've also lodged a complaint against
Sheriff Richard Meyers for his failure to institute an adequate
screening procedure and training program for the defendant
nurses. Due to the Sheriff's failure to set up and enforce
compliance with said procedure / program, said negligence and

deliberate indifference deprived plaintiff of due process in
which resulted in the above-mentioned injuries plaintiff
incurred.


The monetary damages that will be sought by the claimant are
uncertain and cannot be determined at this time. For purposes
of this notice only, the claimant states the monetary damages
will not exceed ($300,000).


We repectfully request that a copy of this notice be sent to
the insurance carrier or appropriate provider with the request
that the said carrier or provider contact us regarding this
claim so that we may submitt supporting medical records, bills
and information pertaining to this incident.

Thank you for your cooperation and courtesy.

*[Signature]*

**LETTER TO SANDRA NIENABER**

**RE: Intent to Sue**

**[Winnebago County Jail]**
**650 West State Street, Rockford, Illinois, 61101**

**RE: Notice of Claim Pursuant to [735 ILCS 5/2-203]**

**Dear [Sandra Nienaber]**

The following notice of claim and injury is given pursuant to
the requirements of [735 ILCS 5/2-203]. Pursuant to this
statute, the following information

1. The claimant's name and address are: Rodney Nystrom G.

[650 West State Street, Rockford, Illinois, 61101]

2. Claimant represents himself ProSe in this pleading.

[ProSe]

3. The chronology of events began on [2/18/08] at approximately
[9:30 to 10:30 am] and expanded to [3/20/08] while incarcerated
at the [Winnebago County Jail]. The basis of plaintiff's claim
are( failure to train) on behalf of Sheriff Richard Meyers,
deliberate indifference, malpractice, and inadequate medical
care / treatment by members of the Winnebago County Jail
medical staff. Particular defendant's are (Sheriff Richard
Meyers, nurse practitioner Sandra Nienaber, nurse Jill Russ,
and nurse Jodi Jones). Briefly stated, I contracted an
infection in my left foot which was later found to be (Staph /
Mercer), a communicable [disease]. This particular infection
caused my left foot and middle toe to swell. Along with the
swelling I suffered excruciating pain. I informed the defendant
nurses about the condition of my foot on each med pass. The
aforementioned nurses repeatedly responded to my complaints
with " I'll sign you up to be examined by nurse practitioner
Sandra. Because of the aforementioned nurses deliberate
indifference to my urgent medical needs, I suffered extreme
pain, mental stress, mental anguish, embarrassment, and
emotional discomfort, ect. I've also lodged a complaint against
Sheriff Richard Meyers for his failure to institute an adequate
screening procedure and training program for the defendant
nurses. Due to the Sheriff's failure to set up and enforce
compliance with said procedure / program, said negligence and

deliberate indifference deprived plaintiff of due process in
which resulted in the above-mentioned injuries plaintiff
incurred.


The monetary damages that will be sought by the claimant are
uncertain and cannot be determined at this time. For purposes
of this notice only, the claimant states the monetary damages
will not exceed ($300,000).


We repectfully request that a copy of this notice be sent to
the insurance carrier or appropriate provider with the request
that the said carrier or provider contact us regarding this
claim so that we may submitt supporting medical records, bills
and information pertaining to this incident.

Thank you for your cooperation and courtesy.

_Rodney Gene Tipton_
[Signature]

**LETTER TO JILL RUSS**

RE: **Intent to Sue**

**[Winnebago County Jail]**
**650 West State Street**, **Rockford, Illinois, 61101**

RE: **Notice of Claim Pursuant to [735 ILCS 5/2-203]**

**Dear [Jill Russ]**

The following notice of claim and injury is given pursuant to
the requirements of [735 ILCS 5/2-203]. Pursuant to this
statute, the following information

1. The claimant's name and address are: Rodney Nystrom G.

[650 West State Street, Rockford, Illinois, 61101]

2. Claimant represents himself ProSe in this pleading.

[ProSe]

3. The chronology of events began on [2/18/08] at approximately
[9:30 to 10:30 am] and expanded to [3/20/08] while incarcerated
at the [Winnebago County Jail]. The basis of plaintiff's claim
are( failure to train) on behalf of Sheriff Richard Meyers,
deliberate indifference, malpractice, and inadequate medical
care / treatment by members of the Winnebago County Jail
medical staff. Particular defendant's are (Sheriff Richard
Meyers, nurse practitioner Sandra Nienaber, nurse Jill Russ,
and nurse Jodi Jones). Briefly stated, I contracted an
infection in my left foot which was later found to be (Staph /
Mercer), a communicable [disease]. This particular infection
caused my left foot and middle toe to swell. Along with the
swelling I suffered excruciating pain. I informed the defendant
nurses about the condition of my foot on each med pass. The
aforementioned nurses repeatedly responded to my complaints
with " I'll sign you up to be examined by nurse practitioner
Sandra. Because of the aforementioned nurses deliberate
indifference to my urgent medical needs, I suffered extreme
pain, mental stress, mental anguish, embarrassment, and
emotional discomfort, ect. I've also lodged a complaint against
Sheriff Richard Meyers for his failure to institute an adequate
screening procedure and training program for the defendant
nurses. Due to the Sheriff's failure to set up and enforce
compliance with said procedure / program, said negligence and

deliberate indifference deprived plaintiff of due process in which resulted in the above-mentioned injuries plaintiff incurred.

The monetary damages that will be sought by the claimant are uncertain and cannot be determined at this time. For purposes of this notice only, the claimant states the monetary damages will not exceed ($300,000).

We repectfully request that a copy of this notice be sent to the insurance carrier or appropriate provider with the request that the said carrier or provider contact us regarding this claim so that we may submitt supporting medical records, bills and information pertaining to this incident.

Thank you for your cooperation and courtesy.

*Rodney Gene Nystrom*
[Signature]

## LETTER TO JODI JONES

**RE: Intent to Sue**

**[Winnebago County Jail]**
**650 West State Street, Rockford, Illinois, 61101**

**RE: Notice of Claim Pursuant to [735 ILCS 5/2-203]**

**Dear [Jodi Jones]**

The following notice of claim and injury is given pursuant to the requirements of [735 ILCS 5/2-203]. Pursuant to this statute, the following information

1. The claimant's name and address are: Rodney Nystrom G.

[650 West State Street, Rockford, Illinois, 61101]

2. Claimant represents himself ProSe in this pleading.

[ProSe]

3. The chronology of events began on [2/18/08] at approximately [9:30 to 10:30 am] and expanded to [3/20/08] while incarcerated at the [Winnebago County Jail]. The basis of plaintiff's claim are( failure to train) on behalf of Sheriff Richard Meyers, deliberate indifference, malpractice, and inadequate medical care / treatment by members of the Winnebago County Jail medical staff. Particular defendant's are (Sheriff Richard Meyers, nurse practitioner Sandra Nienaber, nurse Jill Russ, and nurse Jodi Jones). Briefly stated, I contracted an infection in my left foot which was later found to be (Staph / Mercer), a communicable [disease]. This particular infection caused my left foot and middle toe to swell. Along with the swelling I suffered excruciating pain. I informed the defendant nurses about the condition of my foot on each med pass. The aforementioned nurses repeatedly responded to my complaints with " I'll sign you up to be examined by nurse practitioner Sandra. Because of the aforementioned nurses deliberate indifference to my urgent medical needs, I suffered extreme pain, mental stress, mental anguish, embarrassment, and emotional discomfort, ect. I've also lodged a complaint against Sheriff Richard Meyers for his failure to institute an adequate screening procedure and training program for the defendant nurses. Due to the Sheriff's failure to set up and enforce compliance with said procedure / program, said negligence and

deliberate indifference deprived plaintiff of due process in which resulted in the above-mentioned injuries plaintiff incurred.

The monetary damages that will be sought by the claimant are uncertain and cannot be determined at this time. For purposes of this notice only, the claimant states the monetary damages will not exceed ($300,000).

We repectfully request that a copy of this notice be sent to the insurance carrier or appropriate provider with the request that the said carrier or provider contact us regarding this claim so that we may submitt supporting medical records, bills and information pertaining to this incident.

Thank you for your cooperation and courtesy.

_Rodney Gene Nystrom_
[Signature]



Romney Nystrom #6964
650 West State St
Rockford I 61102
(Winnebago Co. Jail)

United States District Court
211 S. Court Street,
Rockford IL, 61101

SURFACE TRANSPORTATION ONLY