Dear Circuit Court,                                    Friday 18th April

My Name is (Rodney Nystrom) I filed a lawsuit claim with you. Against the Winnebago County Sheriff as well as three nurse here at the Winnebago County Jail. It stated on the paper if I change addresses that I'm to report to your office my change. Today I had my felony case dismissed. But I'm still here because of a parole hold on me. do know if I'm going back to IDOC or not. My IDOC Number # is B61239. But like I said I could go back in a day or week or two weeks not for sure. So could you please send what paper work that will be coming back to me, to (1713 16th St. Rockford IL, 61104) addressed to me. And I will recieve it. intil I figure out what if any prison I will be at. Then I will Re-write to you with that address. Because once I leave this county jail my mail will probably not get to me. so thats why I'm requesting you to please send it to.

Thank you so very much

**FILED**

APR 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely
Rodney Nystrom

ps. I filed it on April 1st 2008 But sent it to you on April 10th 2008. I still don't have a case # or a court date. or lawyer.

Rodney Nystrom # 62164
600 W. State St
Rockford IL, 61102
(County Jail)

ROCKFORD IL 61
21 APR 2008 PM 2

USA 41

United State Circuit Court
211 S. Court Street
Rockford IL, 61101

61101+1219-99 C010