UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Rodney Gene Nystrom, )
 )
      Plaintiff ) CASE NO. 08 C 50063
 )
vs. )
 )
Richard Meyers, et al., )
 )
      Defendants. ) APPEARANCE

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Richard Meyers, Defendant**

Signature:   /S/ SARA M. HOHE


Sara M. Hohe, #062013120
Assistant State's Attorney
Civil Division
400 West State Street, Suite 804
Rockford, Illinois 61101
(815) 319-4799
Member of Trial Bar    Yes XX
Trial Attorney    Yes XX