UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Rodney G. Nystrom, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 08 C 50063 |
| ) | |
| Richard Meyers, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   Attorney for Richard Meyers
Ms. Sara M. Hohe
Assistant State's Attorney
Winnebago County State's Attorney's Office, Civil Division
400 West State Street, Suite 804
Rockford, IL 61101
Via electronic filing

Attorney for Sandra Nienaber and Jill Russ
Mr. Louis A. Varchetto
Mulherin, Rehfeldt and Varchetto, P.C.
211 S. Wheaton Avenue, 2nd Floor
Wheaton, IL 60187
Via U.S. Mail

PLEASE TAKE NOTICE that on August 19, 2008, I electronically filed with the Clerk of the U.S. District Court, Western Division, a **Waiver of Service of Summons executed by Richard A. Meyers**, regarding the above-captioned case, a copy of which is attached hereto and is hereby served upon you.

Respectfully submitted,

"s/James T. Harrison"
Attorney for Plaintiff

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Rodney G. Nystrom, )<br>  )<br> Plaintiff, )<br>vs. )<br> )<br>Richard Meyers, et al. )<br> )<br> Defendants. ) | Case No. 08 C 50063 |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Waiver of Service of Summons executed by Richard Meyers** was electronically filed with the Clerk of the U.S. District Court, Western Division and e-filed to the below listed person(s) on the 19th day of August, 2008, using the CM/ECF system; and sent via U.S. Mail to the below listed person(s), prior to 4:00 p.m., on the 19th day of August, 2008.

Attorney for Richard Meyers
Ms. Sara M. Hohe
Assistant State's Attorney
Winnebago County State's Attorney's Office, Civil Division
400 West State Street, Suite 804
Rockford, IL 61101
Via electronic filing

Attorney for Sandra Nienaber and Jill Russ
Mr. Louis A. Varchetto
Mulherin, Rehfeldt and Varchetto, P.C.
211 S. Wheaton Avenue, 2nd Floor
Wheaton, IL 60187
Via U.S. Mail

"s/James T. Harrison"
Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020