UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Rodney G. Nystrom,            ) | |
|                Plaintiff,  ) | |
| vs.                                            ) | Case No. 08 C 50063 |
| Richard Meyers, et al.         ) | |
|                Defendants.  ) | |

## NOTICE OF FILING

TO:    Attorney for Richard Meyers
           Ms. Sara M. Hohe
           Assistant State's Attorney
           Winnebago County State's Attorney's Office, Civil Division
           400 West State Street, Suite 804
           Rockford, IL 61101
           Via electronic filing

           Attorney for Sandra Nienaber and Jill Russ
           Mr. Louis A. Varchetto
           Mulherin, Rehfeldt and Varchetto, P.C.
           211 S. Wheaton Avenue, 2nd Floor
           Wheaton, IL 60187
           Via U.S. Mail

      PLEASE TAKE NOTICE that on August 20, 2008, I electronically filed with the Clerk of the U.S. District Court, Western Division, a **Waiver of Service of Summons executed by Jill Russ**, regarding the above-captioned case, a copy of which is attached hereto and is hereby served upon you.

                                                             Respectfully submitted,

                                                             "s/James T. Harrison"
                                                             Attorney for Plaintiff

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Rodney G. Nystrom, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 08 C 50063 |
| ) | |
| Richard Meyers, et al. ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Waiver of Service of Summons executed by Jill Russ** was electronically filed with the Clerk of the U.S. District Court, Western Division and e-filed to the below listed person(s) on the 20th day of August, 2008, using the CM/ECF system; and sent via U.S. Mail to the below listed person(s), prior to 4:00 p.m., on the 20th day of August, 2008.

        Attorney for Richard Meyers
        Ms. Sara M. Hohe
        Assistant State's Attorney
        Winnebago County State's Attorney's Office, Civil Division
        400 West State Street, Suite 804
        Rockford, IL 61101
        Via electronic filing

        Attorney for Sandra Nienaber and Jill Russ
        Mr. Louis A. Varchetto
        Mulherin, Rehfeldt and Varchetto, P.C.
        211 S. Wheaton Avenue, 2nd Floor
        Wheaton, IL 60187
        Via U.S. Mail

        "s/James T. Harrison"
        Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020