IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| RODNEY GENE NYSTROM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 50063 |
| | ) | |
| RICHARD MEYERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## WINNEBAGO COUNTY SHERIFF RICHARD A. MEYERS
## ANSWER

NOW COMES Defendant, County of Winnebago Sheriff Richard A. Meyers, by and

through its attorney, Sara M. Hohe, Winnebago County Assistant State's Attorney, and for its

Answer to Plaintiff Complaint states as follows:

1.    Defendant Sheriff Richard A. Meyers admits:

A.    On 2/18/08 at approximately 9:30 a.m. Plaintiff was seen by a nurse from

the Winnebago County Jail's medical department (hereinafter referred to as "WCJMD") for chest

pain and a problem with his foot was noted.  Later on 2/18/08 a nurse from the WCJMD wrote a

note for the nurse practioner from the WCJMD that Plaintiff wished to see her regarding his red,

painful toe; Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the

truth of the remaining allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate

Medical Care appearing on page number 4, and demands strict proof thereof..

B.      On 2/19/08 Plaintiff was seen by a nurse from WCJMD and samples for laboratory testing were taken; Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the remaining allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 4 through 5 regarding 2/19/08, and demands strict proof thereof..

C.      On 2/21/08 Plaintiff was seen by a nurse practitioner from WCJMD who gave Plaintiff medications, Plaintiff filed a grievance regarding the medical treatment he was receiving for his left foot ; Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the remaining allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 5 regarding 2/21/08, and demands strict proof thereof.

D.      On 2/22/08 Plaintiff was seen by a nurse in the WCJMD and taken to Swedish American Hospital's emergency room concerning his foot; Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the remaining allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 6 regarding 2/22/08, and demands strict proof thereof.

E.      On 2/23/08 was seen by medical personnel from the WCJMD; Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the remaining allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 6 regarding 2/23/08, and demands strict proof thereof.

F.      On 2/24/08 Plaintiff was seen by a nurse practitioner from the Winnebago County Jail who removed a "core" from his foot, dressed the foot and gave Plaintiff medication; Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the

2

remaining allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on pages number 6 through 7 regarding 2/24/08, and demands strict proof thereof.

G.     On 2/25/08 the WCJMD nurse practitioner saw Plaintiff and examined Plaintiff's toe; Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the remaining allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 7 regarding 2/25/08, and demands strict proof thereof.

H.     Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 7 through 8 regarding 2/27/08, and demands strict proof thereof.

I.     Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 8 regarding 2/28/08, and demands strict proof thereof.

H.     Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 8 regarding 2/29/08, and demands strict proof thereof.

I.     On 3/1/08 Plaintiff was seen by a nurse from the WCJMD; Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the remaining allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 8 regarding 3/1/08, and demands strict proof thereof.

3

J.      Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on pages number 8 through 9 regarding 3/2/08, and demands strict proof thereof.

K.      Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 9 regarding 3/3/08, and demands strict proof thereof.

L.      Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 9 regarding 3/4/08, and demands strict proof thereof.

M.      Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 9 regarding 3/5/08, and demands strict proof thereof.

N.      Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on pages number 8 through 9 regarding 3/2/08, and demands strict proof thereof.

O.      Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on pages number 9 through 10 regarding 3/6/08, and demands strict proof thereof.

P.     Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on pages number 10 regarding 3/7/08, and demands strict proof thereof.

Q.     Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 10 regarding 3/8/08, and demands strict proof thereof.

R.     Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 10 regarding 3/9/08, and demands strict proof thereof.

S.     Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 10 regarding 3/10/08, and demands strict proof thereof.

T.     Defendant Sheriff Richard Meyers lacks sufficient knowledge to admit or deny the truth of the allegations of Plaintiff's Complaint titled Count I Malpractice Inadequate Medical Care appearing on page number 10 regarding 3/11/08, and demands strict proof thereof.

2.     Defendant Sheriff Richard Meyers denies the truth of the allegations of Plaintiff's Complaint titled Deprivation of Due Process, Failure to Set Up Proper Screening - Statement of Facts appearing in the first and second paragraphs of page numbered 11.

3.     Defendant Sheriff Richard A. Meyers lacks sufficient information to admit or deny the truth of the allegations of Plaintiff's Complaint titled Injuries Plaintiff Sustained

appearing in the third paragraph of numbered page numbered 11 and demands strict proof thereof..

WHEREFORE, the Defendant Sheriff Richard Meyers prays the Complaint be dismissed with prejudice.

WINNEBAGO COUNTY SHERIFF
RICHARD A. MEYERS, Defendant


/s/Sara M. Hohe
Sara M. Hohe, Attorney for Defendant
Sheriff Richard A. Meyers

SARA M. HOHE, 06201310
Winnebago County Assistant State's Attorney
Civil Division
400 W. State Street, Suite 804
Rockford, IL 61101
(815) 319-4799