**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

RODNEY GENE NYSTROM,                    )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        08 C 50063
                                        )
RICHARD MEYERS, et al.,                 )
                                        )
                    Defendants.         )

### NOTICE OF FILING

TO:     James T. Harrison
        Attorney at Law
        684 S. Eastwood Drive
        Woodstock, IL 60098
        Via electronic filing

        Lois V. Varchetto
        Attorney at Law
        211 S. Wheaton Avenue, 2nd Floor
        Wheaton, IL 60187
        Via U.S. Mail

        YOU ARE HEREBY NOTIFIED that on August 21, 2008 I filed with the Clerk of the
U.S. District Court, Western Division, Winnebago County Sheriff Richard A. Meyers Answer, a
copy of which is attached hereto.

                                SHERIFF RICHARD A. MEYERS,
                                Defendant

                                By: *Sara M. Hohe*
                                    Sara M. Hohe, it attorney

SARA M. HOHE, 06201310
Winnebago County Assistant State's Attorney
Civil Division
400 W. State Street, Suite 804
Rockford, IL 61101
(815) 319-4799

PROOF OF SERVICE

I, Sara M. Hohe, Assistant State's Attorney for Winnebago County Sheriff Richard A. Meyers, hereby certify I electronically filed the foregoing Notice of Filing and Answer with the Clerk of the Court on August 21, 2008 using the CM/ECF system which will send notification of such filing to the following CM/ECF participant representing Plaintiff:

James T. Harrison jharrison@harrisonlawoffices.com

I, Sara M. Hohe, further state the I served my Codefendants, on this 21st day of August, 2008 with this Notice and the Answer by placing them in an envelope addressed to the address to:

Lois V. Varchetto
Attorney at Law
211 S. Wheaton Avenue, 2nd Floor
Wheaton, IL  60187

and placing it in the U.S. Mail, with 1st class postage prepaid on or before 5:00 p.m..

Sara M. Hohe
Sara M. Hohe

SARA M. HOHE, 06201310
Winnebago County Assistant State's Attorney
Civil Division
400 W. State Street, Suite 804
Rockford, IL 61101
(815) 319-4799