## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 50063 |

Rodney Gene Nystrom,
            Plaintiff,
   vs.
Richard Meyers, Jodi Jones, Jill Russ and Sandra Nienaber,
            Defendants.

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sandra Nienaber and Jill Russ

| |
|---|
| NAME (Type or print)<br> Katherine A. Sikich |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Katherine A. Sikich |
| FIRM<br> Mulherin, Rehfeldt & Varchetto, P.C. |
| STREET ADDRESS<br> 211 South Wheaton Avenue, Suite 200 |
| CITY/STATE/ZIP<br> Wheaton, IL 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6290767 | TELEPHONE NUMBER<br> 630-653-9300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐