**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| **RODNEY GENE NYSTROM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.:   08 C 50063 |
| ) | |
| **RICHARD MEYERS, JODI JONES,** ) | Judge Frederick Kapala |
| **JILL RUSS and SANDRA NIENABER,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING

I, Katherine A. Sikich, an attorney, do hereby certify that on September 2, 2008 I electronically filed **DEFENDANTS, SANDRA NEINABER AND JILL RUSS' Appearance** with the Clerk of the United States District court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                                                      s/Katherine A. Sikich
                                                     Attorneys for Defendants
                                                     IL Bar No. 6290767
                                                     Mulherin, Rehfeldt & Varchetto, P.C.
                                                     211 S. Wheaton Ave., Suite 200
                                                     Wheaton, IL  60187
                                                     Telephone: (630) 653-9300
                                                     Fax: (630) 653-9316
                                                     E-mail: ksikich@mrvlaw.com

**CERTIFICATE OF SERVICE**

      I, Katherine A. Sikich, an attorney, do hereby certify that on September 2, 2008 I electronically filed Defendant's Appearance with the Clerk of the United States District Court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                                                                     s/Katherine A. Sikich
                                                                     Attorneys for Defendants
                                                                     IL Bar No. 6290767
                                                                     Mulherin, Rehfeldt & Varchetto, P.C.
                                                                     211 S. Wheaton Ave., Suite 200
                                                                     Wheaton, IL  60187
                                                                     Telephone: (630) 653-9300
                                                                     Fax: (630) 653-9316
                                                                     E-mail: ksikich@mrvlaw.com