**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **RODNEY GENE NYSTROM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.:    08 C 50063** |
| | ) | |
| **RICHARD MEYERS, JODI JONES,** | ) | **Judge Frederick Kapala** |
| **JILL RUSS and SANDRA NIENABER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>NOTICE OF FILING</u>

I, Marcelline DeFalco, an attorney, do hereby certify that on September 2, 2008 I electronically filed **DEFENDANTS, SANDRA NEINABER AND JILL RUSS' Appearance** with the Clerk of the United States District court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

s/Marcelline DeFalco
Attorneys for Defendants
IL Bar No. 6239235
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL  60187
Telephone: (630) 653-9300
Fax: (630) 653-9316
E-mail: mdefalco@mrvlaw.com

## **CERTIFICATE OF SERVICE**

       I, Marcelline DeFalco, an attorney, do hereby certify that on September 2, 2008 I electronically filed Defendant's Appearance with the Clerk of the United States District Court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                              s/Marcelline DeFalco
                              Attorneys for Defendants
                              IL Bar No. 6239235
                              Mulherin, Rehfeldt & Varchetto, P.C.
                              211 S. Wheaton Ave., Suite 200
                              Wheaton, IL  60187
                              Telephone: (630) 653-9300
                              Fax: (630) 653-9316
                              E-mail: mdefalco@mrvlaw.com