U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 08 C 50063

Rodney Gene Nystrom,    Plaintiff,
    v.
Richard Meyers, Jodi Jones, Jill Russ & Sandra Nienaber,
            Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sandra Nienaber and Jill Russ

| NAME (Type or print) |  |
|---|---|
| Louis A. Varchetto |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Louis A. Varchetto | |
| FIRM | |
| Mulherin, Rehfeldt & Varchetto, P.C. | |
| STREET ADDRESS | |
| 211 South Wheaton Avenue, Suite 200 | |
| CITY/STATE/ZIP | |
| Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 3125565 | 630-653-9300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |