UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **RODNEY GENE NYSTROM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:   08 C 50063 |
| | ) | |
| **RICHARD MEYERS, JODI JONES,** | ) | Judge Frederick Kapala |
| **JILL RUSS and SANDRA NIENABER,** | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

The undersigned demands a jury trial.

          **Sandra Nienaber & Jill Russ**

          s/Louis A. Varchetto
          Attorneys for Defendants
          Louis A. Varchetto IL Bar No. 3125565
          Mulherin, Rehfeldt & Varchetto, P.C.
          211 S. Wheaton Ave., Suite 200
          Wheaton, IL  60187
          Telephone: (630) 653-9300
          Fax: (630) 653-9316
          E-mail: lvarchetto@mrvlaw.com