**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **RODNEY GENE NYSTROM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.:   08 C 50063 |
| | ) | |
| **RICHARD MEYERS, JODI JONES,** | ) | Judge Frederick Kapala |
| **JILL RUSS and SANDRA NIENABER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

I, Louis A. Varchetto, an attorney, do hereby certify that on September 2, 2008 I electronically filed **DEFENDANTS, SANDRA NEINABER AND JILL RUSS' Appearance and Jury Demand** with the Clerk of the United States District court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                                        s/Louis A. Varchetto
                                        Attorneys for Defendants
                                        IL Bar No. 3125565
                                        Mulherin, Rehfeldt & Varchetto, P.C.
                                        211 S. Wheaton Ave., Suite 200
                                        Wheaton, IL  60187
                                        Telephone: (630) 653-9300
                                        Fax: (630) 653-9316
                                        E-mail: lvarchetto@mrvlaw.com

**CERTIFICATE OF SERVICE**

      I, Louis A. Varchetto, an attorney, do hereby certify that on September 2, 2008 I electronically filed Defendant's Appearance and Jury Demand with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                                                    s/Louis A. Varchetto
                                                    Attorneys for Defendants
                                                    IL Bar No. 3125565
                                                    Mulherin, Rehfeldt & Varchetto, P.C.
                                                     211 S. Wheaton Ave., Suite 200
                                                   Wheaton, IL  60187
                                                   Telephone: (630) 653-9300
                                                   Fax: (630) 653-9316
                                                   E-mail: lvarchetto@mrvlaw.com