UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RODNEY GENE NYSTROM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.:   08 C 50063 |
| ) | |
| RICHARD MEYERS, JODI JONES, ) | Judge Frederick Kapala |
| JILL RUSS and SANDRA NIENABER, ) | |
| ) | |
| Defendants. ) | |

## RULE 12(b)(6) MOTION TO DISMISS

The Defendants, SANDRA NIENABER and JILL RUSS, by and through their attorney, Louis A. Varchetto, move this Honorable Court to dismiss the Amended Complaint of Rodney Gene Nystrom pursuant to F.R.C.P. 12(b)(6), for failure to state a claim upon which relief can be granted.

Respectfully Submitted,

**SANDRA NIENABER & JILL RUSS**

s/Louis A. Varchetto
Attorneys for Defendants
Louis A. Varchetto
IL Bar No. 3125565
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL  60187
Telephone: (630) 653-9300
Fax: (630) 653-9316
E-mail: lvarchetto@mrvlaw.com

1

## CERTIFICATE OF SERVICE

I, Louis A. Varchetto, an attorney, do hereby certify that on September 2, 2008, I electronically filed **Defendants' Rule 12(b)(6) Motion to Dismiss** with the Clerk of the United States District court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's
         Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                    s/Louis A. Varchetto
                    Attorneys for Defendants
                    IL Bar No. 3125565
                    MULHERIN, REHFELDT & VARCHETTO, P.C.
                    211 S. Wheaton Ave., Suite 200
                    Wheaton, IL 60187
                    Telephone:(630) 653-9300
                    Fax: (630) 653-9316
                    E-mail: lvarchetto@mrvlaw.com