**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **RODNEY GENE NYSTROM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.:   08 C 50063** |
| | ) | |
| **RICHARD MEYERS, JODI JONES,** | ) | **Judge Frederick Kapala** |
| **JILL RUSS and SANDRA NIENABER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>NOTICE OF MOTION</u>**

TO:   Mr. James T. Harrison, *Harrison Law Offices, P.C.,* 684 South Eastwood Drive, Route 47, Woodstock, IL  60098, jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe, *Winnebago County State's Attorney's Office,* 400 West State  Street, Suite 804, Rockford, IL  61101, shohe@co.winnebago.il.us

YOU ARE HEREBY NOTIFIED on September 12, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Frederick Kapala, Courtroom 220, or such other judge as may be holding court in his absence, in Rockford Courthouse, 211 South Court Street, Rockford, Illinois, and then and there present Defendants, Sandra Nienaber and Jill Russ' Rule 12(b)(6) Motion to Dismiss, at which time and place you may appear as you see fit to do.

Dated at Wheaton, Illinois, September 2, 2008.

s/Louis A. Varchetto
Attorneys for Defendant
Louis A. Varchetto
IL Bar No. 3125565
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL  60187
Telephone: (630) 653-9300
Fax: (630) 653-9316
E-mail: lvarchetto@mrvlaw.com

## CERTIFICATE OF SERVICE

I, Louis A. Varchetto, an attorney, do hereby certify that on September 2, 2008, I electronically filed **Defendants' Notice of Motion** with the Clerk of the United States District court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's*
            *Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us


                              s/Louis A. Varchetto
                              Attorneys for Defendants
                              IL Bar No. 3125565
                              MULHERIN, REHFELDT & VARCHETTO, P.C.
                              211 S. Wheaton Ave., Suite 200
                              Wheaton, IL 60187
                              Telephone:(630) 653-9300
                              Fax: (630) 653-9316
                              E-mail: lvarchetto@mrvlaw.com