UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **RODNEY GENE NYSTROM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:   08 C 50063 |
| | ) | |
| **RICHARD MEYERS, JODI JONES,** | ) | Judge Frederick Kapala |
| **JILL RUSS and SANDRA NIENABER,** | ) | |
| | ) | Magistrate P. Michael Mahoney |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

TO:   Mr. James T. Harrison, *Harrison Law Offices, P.C.,* 684 South Eastwood Drive, Route 47, Woodstock, IL  60098, jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe, *Winnebago County State's Attorney's Office,* 400 West State  Street, Suite 804, Rockford, IL  61101, shohe@co.winnebago.il.us

YOU ARE HEREBY NOTIFIED on September 12, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before Magistrate P. Michael Mahoney, Courtroom 206, or such other judge as may be holding court in his absence, in Rockford Courthouse, 211 South Court Street, Rockford, Illinois, and then and there present Defendants, Sandra Nienaber and Jill Russ' Rule 12(b)(6) Motion to Dismiss, at which time and place you may appear as you see fit to do.

Dated at Wheaton, Illinois, September 3, 2008.

                                                        s/Louis A. Varchetto
                                                        Attorneys for Defendant
                                                        Louis A. Varchetto
                                                        IL Bar No. 3125565
                                                        Mulherin, Rehfeldt & Varchetto, P.C.
                                                        211 S. Wheaton Ave., Suite 200
                                                        Wheaton, IL  60187
                                                        Telephone: (630) 653-9300
                                                        Fax: (630) 653-9316
                                                        E-mail: lvarchetto@mrvlaw.com

## **CERTIFICATE OF SERVICE**

I, Louis A. Varchetto, an attorney, do hereby certify that on September 3, 2008, I electronically filed **Defendants' Amended Notice of Motion** with the Clerk of the United States District court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's*
         *Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

        s/Louis A. Varchetto
        Attorneys for Defendants
        IL Bar No. 3125565
        MULHERIN, REHFELDT & VARCHETTO, P.C.
        211 S. Wheaton Ave., Suite 200
        Wheaton, IL 60187
        Telephone:(630) 653-9300
        Fax: (630) 653-9316
        E-mail: lvarchetto@mrvlaw.com